Entered on Docket
May 14, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation
Mortgage Pass-Through Certificates, Series 2006-AR4
09-75954

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-24790-LBR |
|---|---|
| Craig D. Crevling and Carla G. Crevling | Date: April 19, 2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtors | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for the purpose of negotiating a loan modification with Debtor as to Secured Creditor HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass-Through Certificates, Series 2006-AR4, its assignees and/or successors in interest, of the subject property, generally described as 6391 Goody Ct., Las Vegas, NV 89118, and legally described as follows:

Parcel I:
Lot Eight (8) In Block One (1) of Coral Point, as shown by map thereof on file in Book. 39 of Plats, Page 40, in the Office of the County Recorder of Clark County, Nevada.
Parcel II:
An easement for ingress and egress over the hereinabove described property, lying within the Private Drive as shown by said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that in the event that loan modification cannot be agreed upon Secured Creditor can renotice hearing for Motion for Relief of Automatic Stay.

Submitted by:

WILDE & ASSOCIATES

By:
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:
David Krieger
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:
Kathleen A. Leavitt
Chapter 13 Trustee

1 | In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2 | ____ The court waived the requirements of LR 9021.
____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3 | ____ No parties appeared or filed written objections, and the trustee is the movant.
__x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4 | copy of this proposed order to all counsel who appeared at the hearing, and any trustee
appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5 | approved or disapproved the order, or failed to respond, as indicated below:

6 | Debtor's counsel:
7 | _X_ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or  ____ failed to respond to the document
8 | ____ appeared at the hearing, waived the right to review the order
9 | ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
10 | ____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or  _x__ failed to respond to the document
11 |

12 | ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13 | counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 | respond, as indicated below.

15 | Debtor's counsel:
16 | ____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or  ____ failed to respond to the document
17 | ____ appeared at the hearing, waived the right to review the order
18 | ____ matter unopposed, did not appear at the hearing, waived the right to review the order

19 | Trustee:
20 | ____ approved the form of this order         ____ disapproved the form of this order
____ waived the right to review the order and/or  ____ failed to respond to the document
21 |

22 | ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
written objection.

23 |
24 | Submitted by:
/s/ Gregory L. Wilde, Esq.
25 | Gregory L. Wilde, Esq.
Attorney for Secured Creditor
26 |